**Order entered June 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00383-CR

### ALEJANDRO VALLES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-70329-R**

## ORDER

Before the Court is appellant's June 24, 2019 second motion for extension of time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before July 24, 2019. If appellant's brief is not filed by July 24, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     ROBERT D. BURNS, III
          CHIEF JUSTICE